No. 5,162.—HENRY D. TUDOR, TRUSTEE, RESPONDENT, *v.*
WILLARD T. NICHOLS, APPELLANT.

*Appeal from District Court, Ravalli County; C. W. Pomeroy,
Judge presiding.*

Decided April 30, 1923.

PER CURIAM.—This cause this day came on for hearing
'and no briefs having been filed, it is ordered that the judg-
ment appealed from be and it is hereby affirmed.

*Messrs. Collins & Wood,* for Appellant.

_____

No. 5,235.—MIKE HALAS, RESPONDENT, *v.* CHICAGO,
MILWAUKEE & ST. PAUL RY. CO., APPELLANT.

*Appeal from District Court, Silver Bow County; W. E.
Carroll, Judge.*

Decided May 8, 1923.

PER CURIAM.—Upon motion supported by stipulation it is
ordered that the appeal in the above-entitled cause be dismissed.

*Messrs. Murphy & Whitlock and Mr. Fred J. Furman,* for
Appellant.

*Mr. A. G. Shone and Messrs. Wheeler & Baldwin,* for Re-
spondent.